**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 179 MAL 2022

           Respondent             :

                                  :   Petition for Allowance of Appeal
                                  :   from the Order of the Superior Court

           v.                          :

                                  :

JARED LEE DOWNWARD,            :

                                  :

           Petitioner               :

## ORDER

**PER CURIAM**

     **AND NOW**, this 13th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.